# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Barnett, | No. CV 1:16-1115-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Navient Solutions, Inc., et al., | |
| Defendants. | |

*Sua Sponte,*

The Court sets a Telephonic Status Conference for **Tuesday, December 12, 2017, at 2:00 P.M.**, Mountain Standard Time, in Courtroom 401, 401 West Washington Street, Phoenix, AZ before Senior Judge Stephen M. McNamee. The parties are directed to conference on one single, clear telephone line prior to calling Judge McNamee's chambers at 602-322-7555 five (5) minutes before the start of the proceeding.

DATED this 4th day of December, 2017.

Stephen M. McNamee
Senior United States District Judge