# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Barnett, | No. CV 1:16-1115-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Navient Solutions, Inc., et al., | |
| Defendants. | |

Before the Court is Plaintiff and Defendants SquareTwo Financial Corporation and CACH, LLC. Pending is the parties' Stipulation to Dismiss Defendants SquareTwo Financial Corporation and Cach, LLC Without Prejudice Pursuant to F.R.C.P. 41(a)(1). (Doc. 39.)

The Court will grant the parties' Stipulation. Rule 41(a) allows the Plaintiff to dismiss a party if the dismissal is sought before the opposing party has filed an answer or a motion for summary judgment, and the dismissal is without prejudice. Fed.R.Civ.P. 41(a)(1).

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Dismiss Defendants SquareTwo Financial Corporation and CACH, LLC without prejudice. (Doc. 39.)

**IT IS FURTHER ORDERED** that Defendants SquareTwo Financial Corporation and CACH, LLC are hereby dismissed without prejudice, with the parties to bear their own costs and attorney's fees.

DATED this 6th day of December, 2017.

Stephen M. McNamee
Senior United States District Judge