# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Barnett, | No. CV 1:16-1115-SMM |
|     Plaintiff, | |
| v. | **ORDER** |
| Navient Solutions, Inc., et al., | |
|     Defendants. | |

Pending before the Court is the parties' January 12, 2018 Stipulation to Extend the Discovery Cutoff for the Limited Purpose of Taking Plaintiff's Deposition. (Doc. 42.) The parties request that the discovery deadline be extended from January 12 to March 9, 2018. (Id.) In support, the parties state that because Plaintiff has alleged various consumer protection statutes which contain fee-shifting provisions, the continuance of the discovery cutoff for purposes of postponing the scheduling of Plaintiff's deposition will promote settlement and maximize the chances of an informal resolution without further Court proceedings. (Id.) The parties further state that they would like to exhaust potential settlement options as much as possible before the deposition of Plaintiff is taken, as a deposition will necessarily involve substantial costs and legal fees for all parties, which could hamper settlement negotiations. (Id.)

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' January 12, 2018 Stipulation to Extend the Discovery Cutoff for the Limited Purpose of Taking Plaintiff's Deposition. (Doc.

42.)

**IT IS FURTHER ORDERED** granting an extension of the fact discovery cutoff deadline to **Friday, March 9, 2018**.

**IT IS FURTHER ORDERED** that Plaintiff shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **Friday, April 27, 2018.** Defendants shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **Friday, May 25, 2018**. Rebuttal expert disclosures, if any, shall be made no later than **Friday, June 29, 2018**.

**IT IS FURTHER ORDERED** that expert depositions shall be completed by **Friday, August 31, 2018.**

**IT IS FURTHER ORDERED** that the dispositive motion deadline is **Friday, September 28, 2018.**

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Case Management Order remain in effect.

DATED this 16th day of January, 2018.

_____
Stephen M. McNamee
Senior United States District Judge