# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Barnett, | No. CV 1:16-1115-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Navient Solutions, Inc., et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 45.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 1st day of March, 2018.

_____
Stephen M. McNamee
Senior United States District Judge